UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 04 Civ. 10071 (LTS) (HBP)
IN RE PFIZER INC. ERISA LITIGATION :
:
:
:
------------------------------------------------------------x

## DECLARATION OF BRYCE A. PASHLER, ESQ.

I, Bryce A. Pashler, Esq., submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

    1.    I am an associate of the law firm of Simpson Thacher & Bartlett LLP, attorneys for Defendants. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint. I am familiar with the matters set forth in this declaration, from my personal knowledge, review of the files in the possession of my firm and discussion with others at my firm.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the Pharmacia & Upjohn Employees Savings Plan, at PFE ERISA 0002029.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of the Pharmacia Savings Plan Master Trust Agreement, at PFE ERISA HC 000011620.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of a Yahoo Finance report listing the closing prices of Pfizer Inc. ("Pfizer") common stock from August 28, 2000 through December 9, 2005.

    5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Pfizer's 10-K for the period ending December 31, 2001.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Pfizer's 10-K for the period ending December 31, 2005.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Bloomberg L.P. report showing Pfizer's market capitalization for the year-end 2005.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Pharmacia Corporation's ("Pharmacia") 10-K for the period ending December 31, 2002.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Bloomberg L.P. report showing Pharmacia's market capitalization for year-end 2002.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Pfizer's 10-K405 for the period ending December 31, 2000.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Pfizer's 10-K for the period ending December 31, 2003.

12. Attached hereto as Exhibit 11 is a true and correct copy of a Bloomberg L.P. report listing the closing prices of Pharmacia common stock on August 28 and December 29, 2000.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of Pharmacia's Form 425 filed July 17, 2002.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of Pfizer's 10-K for the period ending December 31, 2002.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of Pfizer's 10-K for the period ending December 31, 2004.

16. Attached hereto as Exhibit 15 is a true and correct copy of a December 17, 2004 Harris Nesbitt analyst report on Pfizer.

3

17. Attached hereto as Exhibit 16 is a true and correct copy of a December 17, 2004 Deutsche Bank analyst report on Pfizer.

18. Attached hereto as Exhibit 17 is a true and correct copy of a December 17, 2004 Goldman Sachs analyst report on Pfizer.

19. Attached hereto as Exhibit 18 is a true and correct copy of a December 17, 2004 Merrill Lynch analyst report on Pfizer.

20. Attached hereto as Exhibit 19 is a true and correct copy of a December 17, 2004 Morgan Stanley analyst report on Pfizer.

21. Attached hereto as Exhibit 20 is a true and correct copy of a December 17, 2004 Natexis Bleichroeder Inc. analyst report on Pfizer.

22. Attached hereto as Exhibit 21 is a true and correct copy of a December 17, 2004 William Blair & Company analyst report on Pfizer.

23. Attached hereto as Exhibit 22 is a true and correct copy of a December 17, 2004 UBS analyst report on Pfizer.

24. Attached hereto as Exhibit 23 is a true and correct copy of a December 19, 2004 Goldman Sachs analyst report on Pfizer.

25. Attached hereto as Exhibit 24 is a true and correct copy of a December 20, 2004 Lehman Brothers analyst report on Pfizer.

26. Attached hereto as Exhibit 25 is a true and correct copy of a December 20, 2004 Harris Nesbitt analyst report on Pfizer.

27. Attached hereto as Exhibit 26 is a true and correct copy of a December 20, 2004 SG Cowen & Co. analyst report on Pfizer.

Case 1:04-cv-10071-LTS-HBP   Document 190   Filed 07/11/12   Page 4 of 5

4

28. Attached hereto as Exhibit 27 is a true and correct copy of a December 20, 2004 Credit Suisse First Boston analyst report on Pfizer.

29. Attached hereto as Exhibit 28 is a true and correct copy of a December 20, 2004 JPMorgan analyst report on Pfizer.

30. Attached hereto as Exhibit 29 is a true and correct copy of a December 20, 2004 Morgan Stanley analyst report on Pfizer.

31. Attached hereto as Exhibit 30 is a true and correct copy of a December 20, 2004 Oppenheimer analyst report on Pfizer.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts of Pharmacia's 10-K for the period ending December 31, 2000.

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts of Pharmacia's 10-K405 for the period ending December 31, 2001.

34. Attached hereto as Exhibit 33 is a true and correct copy of a Bloomberg L.P. report listing the quarterly dividends distributed by Pfizer from February 2000 through December 2005.

35. Attached hereto as Exhibit 34 is a true and correct copy of a Bloomberg L.P. report listing the closing prices of Pharmacia common stock on August 28, 2000 and April 15, 2003.

36. Attached hereto as Exhibit 35 is a true and correct copy of a Bloomberg L.P. report listing the quarterly dividends distributed by Pharmacia from March 2000 through February 2003.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of July, 2012.

                                                    /s/ Bryce A. Pashler  
                                                    Bryce A. Pashler, Esq.